IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN HOUSTON,

    Plaintiff,                No. 2:12-cv-1646 JFM P

    vs.

SIY, CORRECTIONAL R.N.,

    Defendant.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff, the only party to appear in this action, has consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c). See Consent filed June 29, 2012.

        Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Orders filed March 4, 1997 in Houston v. Kukerall, No. 2:94-cv-0294 WBS JFM P; August 31, 1995 in Houston v. Gomez, No. 2:94-cv-1671 DFL JFM P; and November 14, 1996 in Houston v. MCI Tele Inc., No. 2:95-cv-0135 WBS JFM P. Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless

1

1  plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff
2  has not alleged any facts which suggest that he is under imminent danger of serious physical
3  injury. Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.
4        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
5  submit, within twenty days from the date of this order, the appropriate filing fee of three hundred
6  fifty dollars ($350.00). Plaintiff's failure to comply with this order will result the dismissal of
7  this action.
8  DATED: November 9, 2012.

                                UNITED STATES MAGISTRATE JUDGE

12
hous1646.1915g