IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN HOUSTON,

    Plaintiff,                    No. 2:12-cv-1646 JFM P

    vs.

SIY, CORRECTIONAL R.N.,

    Defendant.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  <u>See</u> Consent filed June 29, 2012.

        By an order filed November 9, 2012, this court found that on at least three occasions lawsuits filed by plaintiff had been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted, and that plaintiff had not alleged any facts which suggest he is under imminent danger of serious physical injury.  For that reason, pursuant to 28 U.S.C. § 1915(g) plaintiff was ordered to pay the filing fee of three hundred fifty dollars ($350.00) for this action within twenty days.  Plaintiff was cautioned that failure to comply with that order would result in the dismissal of this action.

1

1  The twenty day period has now expired, and plaintiff has not paid the filing fee for
2  this action or responded in any way to the court's order.  Accordingly, IT IS HEREBY
3  ORDERED that this action is dismissed without prejudice.
4  DATED: December 10, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
hous1646.fpf